[No. 17827-7-III.    Division Three.    March 16, 2000.]

ETHEL I. JOHNSON, *Appellant*, v. TIDYMAN'S, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 98-2-02094-1, Salvatore F. Cozza, J.,
entered September 1, 1998. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Kurtz, C.J., and
Brown, J.

[No. 17851-0-III.    Division Three.    March 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAUNCEY
DEPAUL JACQUES, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 98-1-01059-3, Tari S. Eitzen, J.,
entered September 18, 1998. *Reversed* by unpublished
opinion per Kato, J., concurred in by Sweeney and Schul-
theis, JJ.

[No. 18114-6-III.    Division Three.    March 16, 2000.]

DALE D. CHRISTIAN, ET AL., *Respondents*, v. VINOD K.
DUGGAL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 96-2-00332-5, Philip M. Raekes, J., entered
December 10, 1998. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18173-1-III.    Division Three.    March 16, 2000.]

VIRGINIA MARSHALL, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-2-02955-9, Kathleen M. O'Connor,
J., entered December 28, 1998. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Kurtz, C.J., and
Brown, J.